# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

**SOLOMON STANLEY, Individually,**     :

     **Plaintiff,**     :

**v.**     :     **Case No. 1:25-cv-02851-JPB**

  **C & Y INVESTMENT CORP**     :
**A Domestic Company**     :

     **Defendant.**     :

_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiff Solomon Stanley and Defendant C&Y Investment Corp. submit this joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  This matter has been resolved and therefore all claims pending or threatened in this matter are hereby dismissed WITH PREJUDICE.

Respectfully submitted this 12th day of June 2025.

| | |
|---|---|
| */s/ Pete M. Monismith* | */s/ Joseph C. Peake, III* |
| Pete M. Monismith, Esq. | Joseph C. "Tripp" Peake, III |
| 1000 Main Street, Suite 2016 | Georgia Bar No. 568795 |
| Pittsburgh, PA 15215 | Shires Peake & Gottlieb, LLC |
| 724-610-1881 | 284 N. Main Street |
| Pete@monismithlaw.com | Alpharetta, Georgia 30009 |
| ***Attorney for Plaintiff*** | Office Direct: (770) 349-8219 |
| | Facsimile: (678) 940-4420 |

jpeake@spgattorneys.com
***Attorney for Defendant***